## *IN THE SUPREME COURT, STATE OF WYOMING*

## 2025 WY 117

*October Term, A.D. 2025*

*October 29, 2025*

RICHARD ALLEN TURNER,

Appellant
(Defendant),

v.                                                                    S-25-0192

THE STATE OF WYOMING,

Appellee
(Plaintiff)

### ORDER AFFIRMING THE DISTRICT COURT'S JUDGMENT AND SENTENCE

[¶1]    **This matter** came before the Court upon its own motion following notification that Appellant has filed a *pro se* brief in the time allotted.  Pursuant to a plea agreement, Appellant entered an unconditional no contest plea to three counts of sexual abuse of a minor in the first degree, second offense, and two counts of sexual abuse of a minor in the second degree.  Wyo. Stat. Ann. § 6-2-314(a)(iii); Wyo. Stat. Ann. § 6-2-315(a)(iv).  For the first three counts, the district court imposed three sentences of life without parole and, for the remaining counts, the district court imposed a sentence of 9 to 10 years of incarceration.  The court ordered each count to run concurrently.  Appellant filed this appeal to challenge the district court's June 14, 2025, Judgment and Sentence.

[¶2]    On October 1, 2025, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967).  This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief.  This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal.  This Court also provided notice that, after the time for filing a pro se brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal.  Appellant filed a *pro se* brief in the time allotted.

[¶3]    Now, following a careful review of the *Anders* brief submitted by appellate counsel, Appellant's *pro se* brief, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Judgment and Sentence, should be affirmed.  It is, therefore,

[¶4]    **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant Richard Allen Turner, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]    **ORDERED** that the Sweetwater County District Court's June 14, 2025, Judgment and Sentence be, and the same hereby is, affirmed.

[¶6]    **DATED** this 29th day of October, 2025.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**